FILED
CLERK, U.S. DISTRICT COURT

JUN 2 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _mp_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN KNORI<br>    Defendant. | Case No.: CR 93-325 JFW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

    The Court finds that:

A.   (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _absconding from supervision, changing residence without notifying Probation Officer_ _____

    and/or

1  B.    ( ) The defendant has not met his/her burden of establishing by clear and
2         convincing evidence that he/she is not likely to pose a danger to the safety of any
3         other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4         finding is based on: _____
5         _____
6         _____
7         _____
8
9         IT IS THEREFORE ORDERED that the defendant be detained pending the further
10  revocation proceedings.
11
12  Dated: June 25, 2010                              /s/ Alicia G. Rosenberg
                                                              ALICIA G. ROSENBERG
13                                                            United States Magistrate Judge